Case 1:25-cr-00482-CM    Document 18    Filed 03/13/26    Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 13, 2026

*[Handwritten: Request granted. Conference adjourned until April 30, 2026, @ 10 AM. Time excluded.]*

*[Signature] Colleen McMahon 3/13/2026*

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Majestine Foster*, 13 Cr. 827, 25 Cr. 482 (CM)

Dear Judge McMahon:

The Government and defense jointly move for a 45-day adjournment of the March 16, 2026 status conference in this matter. The parties have been engaged in discussions about a possible pretrial resolution of this case. The purpose of the requested adjournment is to continue these ongoing conversations, and to allow defense counsel time to continue review of discovery. Accordingly, the parties respectfully request an adjournment of approximately 45 days to a date and time convenient for the Court. This is the first request for adjournment of the status conference, and the adjournment will not affect any other scheduled dates.

If the Court grants the parties' request, the Government also requests, with defense's consent, that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to continue review of discovery, and allow the parties to continue discussion of a pretrial resolution of this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Samantha Fry
Assistant United States Attorney
(212) 637-2490

cc:  Alain Massena, Esq. (via ECF)